

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00193-CR

RACHEL ELAINE BRADLEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 42,434-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Rachel Elaine Bradley has filed a motion stating that she wishes to dismiss her appeal, signed by herself and her counsel. Her motion is granted. *See* TEX. R. APP. P 42.2(a).

We dismiss the appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     November 25, 2013
Date Decided:     November 26, 2013

Do Not Publish